DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
MARIA GUTIERREZ-BLANCA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARIA GUTIERREZ-BLANCA, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. CR.S-11-176-JAM <br><br> **STIPULATION AND ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** <br><br> Date: June 21, 2011 <br> Time: 9:30 a.m. <br> Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for MARIA GUTIERREZ-BLANCA, that the status conference hearing date of June 14, 2011 be vacated, and the matter be set for status conference on July 21, 2011 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review the discovery, consult with her client, examine possible defenses, and continue investigating the facts of the case. Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including June 21, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

| | |
|---|---|
| DATED:  June 7, 2011. | Respectfully submitted,<br><br>DANIEL J. BRODERICK<br>Federal Public Defender<br><br>/s/ Courtney Fein<br>COURTNEY FEIN<br>Assistant Federal Defender<br>Designated Counsel for Service<br>Attorney for MARIA GUTIERREZ-BLANCA |
| DATED:  June 7, 2011. | BENJAMIN WAGNER<br>United States Attorney<br><br>/s/ Michele Beckwith<br>MICHELE BECKWITH<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the June 14, 2011, status conference hearing be continued to June 21, 2011, at 9:30 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the June 21, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: 6/7/2011                                  /s/ John A. Mendez
                                                          JOHN A. MENDEZ
                                                          United States District Judge