DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-5700

Attorney for Defendant
MARIA GUTIERREZ-BLANCA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR.S-11-176-JAM |
| Plaintiff, | **STIPULATION AND ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| MARIA GUTIERREZ-BLANCA, | Date: August 23, 2011 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for MARIA GUTIERREZ-BLANCA, that the status conference hearing date of July 12, 2011 be vacated, and the matter be set for status conference on August 23, 2011 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review the discovery, consult with her client, examine possible defenses, and continue investigating the facts of the case. Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including August 23, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: July 7, 2011.                               Respectfully submitted,

                                                   DANIEL J. BRODERICK
                                                   Federal Public Defender

                                                   /s/ Courtney Fein
                                                   COURTNEY FEIN
                                                   Assistant Federal Defender
                                                   Designated Counsel for Service
                                                   Attorney for MARIA GUTIERREZ-BLANCA

DATED: July 7, 2011.                               BENJAMIN WAGNER
                                                   United States Attorney

                                                   /s/ Michele Beckwith
                                                   MICHELE BECKWITH
                                                   Assistant U.S. Attorney
                                                   Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the July 12, 2011, status conference hearing be continued to August 23, 2011, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the August 23, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   7/7/2011                                  /s/ John A. Mendez
                                                   JOHN A. MENDEZ
                                                   United States District Court Judge