1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (916) 498-5700

5  Attorney for Defendant
   MARIA GUTIERREZ-BLANCA
6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )   NO. CR.S-11-176-JAM
                                  )
11            Plaintiff,          )   **STIPULATION   AND   ORDER;**
                                  )   **CONTINUING STATUS CONFERENCE**
12    v.                          )   **AND EXCLUDING TIME**
                                  )
13 MARIA GUTIERREZ-BLANCA,        )   Date:  January 24, 2012
                                  )   Time:  9:30 a.m.
14            Defendant.          )   Judge: Hon. John A. Mendez
   _____)
15

16         IT IS HEREBY STIPULATED by and between the parties hereto through their

17 respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for

18 Plaintiff, and COURTNEY FEIN, attorney for MARIA GUTIERREZ-BLANCA, that the

19 status conference hearing date of January 24, 2012 be vacated, and the matter be set for

20 change of plea on February 7, 2012 at 9:30 a.m.

21         The reason for this continuance is that defense counsel will need additional time to

22 review the updated Pre-Sentence Report once it is released this week, and that government's

23 counsel will be engaged in trial on January 24, 2012.

24         Based upon the foregoing, the parties agree that the time under the Speedy Trial Act

25 should be excluded from the date of signing of this order through and including January

26 / / /

27 / / /

28 / / /

1   10, 2012,  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and

2   Local Code T4 based upon continuity of counsel and defense preparation.

3

4   DATED:  January 17, 2012.                          Respectfully submitted,

5                                                      DANIEL J. BRODERICK
                                                       Federal Public Defender
6
                                                       /s/ Courtney Fein
7                                                      COURTNEY FEIN
                                                       Assistant Federal Defender
8                                                      Designated Counsel for Service
                                                       Attorney for MARIA GUTIERREZ-BLANCA
9

10  DATED:  January 17, 2012.                          BENJAMIN WAGNER
                                                       United States Attorney
11
                                                       /s/ Michele Beckwith
12                                                     MICHELE BECKWITH
                                                       Assistant U.S. Attorney
13                                                     Attorney for Plaintiff

14                                ORDER

15        UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the

16  January 24, 2011, status conference hearing be continued to February 7, 2012, at 9:30 a.m.

17  Based on the representation of defense counsel and good cause appearing therefrom, the

18  Court hereby finds that the failure to grant a continuance in this case would deny defense

19  counsel reasonable time necessary for effective preparation, taking into account the exercise

20  of due diligence.   The Court finds that the ends of justice to be served by granting a

21  continuance outweigh the best interests of the public and the defendant in a speedy trial.  It

22  is ordered that time up to and including the February 7, 2012, status conference/change of

23  plea shall be excluded from computation of time within which the trial of this matter must be

24  commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)

25  and Local Code T-4, to allow defense counsel reasonable time to prepare.

26

27  Dated:    1/17/2012                               /s/ John A. Mendez
                                                      JOHN A. MENDEZ
28                                                    United States District Judge

2