DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN
Assistant Federal Defender, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
916.498.5700

Attorney for Defendant
MARIA GUTIERREZ-BLANCA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **Case No. CR.S-11-176 JAM** |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | |
| v. | ) | Date:  February 21, 2012 |
| | ) | Time:  9:30 a.m. |
| | ) | Judge:  Hon. John A. Mendez |
| | ) | |
| MARIA GUTIERREZ-BLANCA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for MARIA GUTIERREZ-BLANCA, that the status conference of February 7, 2012 be vacated and the matter be set for status conference on February 21, 2012.

The reason for this continuance is to allow defense counsel additional time to consult with her client and to allow the parties additional time for settlement discussion. Complex issues regarding the pre-plea advisory pre-sentence report had to be resolved before the parties could move forward with these discussions.  Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including February 21, 2012 pursuant to 18 U.S.C.

Stip/Ord

PDF created with pdfFactory trial version www.pdffactory.com

1   3161(h)(7)(A) and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon

2   continuity of counsel and defense preparation.

3

4   Dated:  February 3, 2012                    DANIEL BRODERICK
                                                 Federal Defender
5

6                                               /s/ Courtney Fein
                                                COURTNEY FEIN
7                                               Assistant Federal Defender
                                                Attorneys for Defendant
8

9                                ORDER

10          UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that

11   the February 7, 2012, status conference hearing be continued to February 21, 2012, at

12   9:30 a.m. Based on the representation of defense counsel and good cause appearing

13   therefrom, the Court hereby finds that the failure to grant a continuance in this case

14   would deny defense counsel reasonable time necessary for effective preparation, taking

15   into account the exercise of due diligence. The Court finds that the ends of justice to be

16   served by granting a continuance outweigh the best interests of the public and the

17   defendant in a speedy trial. It is ordered that time up to and including the February 21,

18   2012 status conference shall be excluded from computation of time within which the trial

19   of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §

20   3161(h)(7)(A) and (B)(iv) and Local Code 26  T-4, to allow defense counsel reasonable

21   time to prepare.

22

23   Dated:  2/3/2012

24

25                                              /s/ John A. Mendez_____
                                                JOHN A. MENDEZ.
26                                              United States District Court Judge

Stip/Ord

PDF created with pdfFactory trial version www.pdffactory.com